William L. Haluck, Esq. (SBN 80146)
Zachary Schwartz, Esq. (SBN 286498)
Greg K. Koeller, Esq. (SBN 312470)
Koeller, Nebeker, Carlson & Haluck, LLP
3 Park Plaza, Suite 1500
Irvine, CA 92614-8558
949-864-3400; fax: 949-864-9000
Email: bill.haluck@knchlaw.com /
zachary.schwartz@knchlaw.com

Attorneys for Defendant,
MARLEEN RODRIGUEZ

**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

| | |
|---|---|
| MOHSEN MOADDAB, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>COUNTY OF ORANGE, MARLEEN RODRIGUEZ, an individual, and DOES 1-10, inclusive,<br><br>        Defendants. | Case No.:<br>8:18-cv-00006-JVS-DFM<br>Assigned to: Hon. James V. Selna<br>Crt. Rm: 10C<br>Magistrate Judge:<br>Douglas F. McCormick<br><br>**FINAL JUDGMENT**<br><br>Action Date: 1/23/18<br>Trial Date:   4/9/19 |

Plaintiff MOHSEN MOADDAB'S ("PLAINTIFF") action against Defendant MARLEEN RODRIGUEZ pursuant to 42 U.S.C. § 1983 for violation of his Fourteenth Amendment rights based upon claimed failure to protect came to trial before this Court beginning on April 9, 2019 and continuing to and ending on April 10, 2019.

All of PLAINTIFF'S other claims against MARLEEN RODRIGUEZ have been previously adjudicated in MARLEEN RODRIGUEZ'S favor. This Court granted MARLEEN RODRIGUEZ partial summary judgment as to PLAINTIFF'S claims against MARLEEN RODRIGUEZ for battery and denial of medical care in violation of the Fourteenth Amendment. (Doc. 37.) PLAINTIFF voluntarily

dismissed his negligence claims against MARLEEN RODRIGUEZ on the first day of trial. (Doc. 60.)  All of PLAINTIFF'S claims against Defendant COUNTY OF ORANGE were previously adjudicated in favor of the COUNTY OF ORANGE. The Court previously granted Defendant COUNTY OF ORANGE summary judgment on February 11, 2019. (Doc. 37.)

On April 10, 2019, the jury returned a general verdict to the Court in favor of MARLEEN RODRIGUEZ with its verdict on liability as follows:

## **VERDICT**

We the jury find as follows:

Question 1: Did plaintiff prove his claim that Marleen Rodriguez violated his constitutional rights?

Yes _____          No __X___

*If you answered "Yes," please answer Questions 2 and 3. If you answered "No," please skip to the end and sign and date the form.*

Question 2: What are Mohsen Moaddab's damages?

Yes _____          No _____

Question 3: Do you find that Marleen Rodriguez acted with malice or oppression, or engaged in reckless disregard?

Yes _____          No _____

Please sign and date this form and return it to the Court Clerk.


SIGNED:     ___/s/_____          DATE: April 10, 2019
                    Foreperson

/ / /

/ / /

/ / /

/ / /

2

## COSTS

Defendants MARLEEN RODRIGUEZ and COUNTY OF ORANGE are the prevailing parties under Federal Rule of Civil Procedure 54(d)(1) and may pursue recovery of their costs incurred in this action in accordance with said Rule and Local Rules of this Court. This judgment may be amended to include any costs and other litigation expenses awarded to MARLEEN RODRIGUEZ and COUNTY OF ORANGE by the Court.

**IT IS SO ORDERED AND ADJUDGED.**

DATED: April 23, 2019

_____
The Honorable James V. Selna
*Judge of the United States District Court*

004.550:366032v1

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA)
                       )

COUNTY OF ORANGE  )

     I, Connie B. Reinglass, declare that:

     I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action; my business address is:  3 Park Plaza, Suite 1500, Irvine, California 92614-8558.

     On **April 23, 2019**, I served the foregoing document, described **[PROPOSED] FINAL JUDGMENT** on the interested parties in this action by placing ☐ the original ☐ a true copy in a separate sealed envelope addressed to the following addresses:

| | |
|---|---|
| Ethan S. Robinson, Esq.<br>ERSKINE LAW GROUP<br>3995 E. LaPalma Avenue<br>Anaheim, CA  92807<br>EROBINSON@ERSKINELAW.COM<br><br>(949) 777-6032<br>FAX  (714) 844-9035<br><br>Attorneys for Plaintiff<br>Mohsen Moaddab | |

     ☐   **BY E-MAIL**:  I caused the above-described document(s) to be transmitted to the offices of the interested parties at the e-mail addresses indicated.

     ☐   **BY MAIL:**  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U. S. postal service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

     ☒   **BY ELECTRONIC TRANSFER TO THE CM/ECF SYSTEM:**  On this date, I electronically uploaded a true and correct copy in Adobe "pdf" format the above listed document(s) to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system.  After the electronic filing of a document, service is deemed complete upon receipt of the Notice of Electronic Filing ("NEF") by the registered CM/ECF users.

     ☐   **BY EXPRESS MAIL OR "ANOTHER METHOD OF DELIVERY PROVIDING FOR OVERNIGHT DELIVERY":**  I deposited such envelope in a box or other facility regularly maintained by the express service carrier at Irvine, California.  The envelope was deposited with delivery fees provided for on a fully prepaid basis.

4

☐ **BY FACSIMILE TRANSMISSION:** This document was transmitted by facsimile transmission and such transmission was reported as complete and without error. The transmission report that was properly issued by the transmitting facsimile machine is attached to the conformed file copy of this document.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be hand-delivered to the office(s) of the addressee(s).

I DECLARE under penalty of perjury under the laws of the United States that the above is true and correct. I further declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **April 23, 2019**, at Irvine, California.

*/s/ Connie B. Reinglass*
Connie B. Reinglass

5